Jarvis Hampton

Versus

Billie Sollie

How Did Billie Sollie Violate your Constitutional Rights?

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
NOV 16 2017
ARTHUR JOHNSTON
BY _____ DEPUTY

Mr. Sollie Violated my Constitutional Rights. He violated my 4th Amendment Right to face your Accusor's with In the Court of Law. He also Violated my 6th Amendment righ to a fast speedy trial. And last but not least my 14th Amendment Right. This is how Mr. Sollie Violated my Rights. There might be more but these are all I'm formealer with at the time If I find more I'll be sure to write them and send them to who this may concern. Thank you

Respectfull Submitted
x Jarvis Jermaine Hampton

Nov 14, 2017

Jarvis Hampton

Versus

Billie Sollie

How were was I harmed by the conditions ~~I~~ Complain

I Jarvis Jermain Hampton was false inprisonment for 15 month. I way released may 23 2017. I miss serveral Doctors oppiontment. I missed out on social sarcurity benfits that I was reciuving for bipolar disorder. My name was scandlize by news center 11. When I was released it was hard for me to get a Job do to the things that was said about me. I also had a vehicle taken away from me that was not fixed back the way it was when they took it. I'm currently suffuring back problems from laying on the hard rack and I have rashes from the filthy mat's that Sollie provide us Lauderdale County Detention inmates to sleep on. I even slept in sale's with mold covaring the air vents I mean this place is very horrible and not in good condition. We have open sewer that suppose to be closed but there are coverd with paper. Here at Lauderdale County Detention Center we are being housed in areas were some tolites and sinks don't work. If I had a camirea phone I think you would be very disturbe with wat you would see. I don't no much about the law but I have suffred lot's of pain and have lost a lot

dealing with these allegations. These fact are not only true but is still currently going on in the Lauderdale County Detention Center. Thank you and I would be very thankful for any kind of help for me and other inmates here at the Lauderdale County Detention Facility.

Respectfully Submitted
x Jarvis Jermaine Hampton

November 14, 2017

Jarvis Hampton
Versus
Billie Sollie